JOSEPH T. ROBERTS § IN THE UNITED STATES
(KIDNAPPED - PRO SE) § SOUTHERN DISTRICT
V § GALVESTON DIVISION
STATE OF TEXAS §
GALVESTON COUNTY §
SHERIFFS OFFICE §
SHERIFF HENRY §
TROCHESSET, JUDGE §
JARED ROBINSON §
(KIDNAPPERS et al) §

United States Courts
Southern District of Texas
FILED
JAN - 4 2024
Nathan Ochsner, Clerk of Court

# Application to File Emergency Writ of Mandamus

Honorable Jeffrey Vincent Brown

COMES NOW JOSEPH THOMAS ROBERTS (KIDNAPPED - PRO SE) D.O.B. 10-28-1981 AND SOCIAL SECURITY NUMBER ***-**-5092 RESPECTFULLY REQUESTING TO FILE AN EMERGENCY WRIT OF MANDAMUS TO CAUSE IMMEDIATE RELEASE FROM ILLEGAL CAPTIVITY AND FOR CAUSE WOULD SHOW AS FOLLOWS:

(1)

KIDNAPPED WAS ILLEGALY SEIZED ON DECEMBER 01ST 2023 WHEN AGENTS IN MILITARY FATIGUES SHOT A TRANQUILIZER DART INTO KIDNAPPEDS ARM AND HUMANLY TRAFFICKED KIDNAPPED TO 5700 AVE H GALVESTON TX 77551

(2)

KIDNAPPED IS HELD IN SOLITARY CONFINEMENT BY FEDERAL AGENTS AT GALVESTON COUNTY JAIL G-POD 363 CELL WITHOUT WARRANT OR EXCEPTION TO THE WARRANT REQUIREMENT.

(3)

KIDNAPPED HAS NOT BEEN PROVIDED AN ATTORNEY AND HAS NOT BEEN BROUGHT BEFORE A MAGISTRATE. NOR HAS KIDNAPPED BEEN FINGER PRINTED PALM PRINTED PHOTO-GRAPHED OR BOOKED IN THRU AFIS (FBI NCIC) AS FEDERALY MANDATED. THUS DENIED CONSTITUTIONAL GUARANTEE'S INCLUDING ACCESS TO THE COURTS AND DUE PROCESS

(4)

KIDNAPPED IS BEING HELD IN A CAGE ILLEGALY AND PARTIES CONSPIRING TO HARBOR AND TAKE HOSTAGE ARE CALLING KIDNAPPED'S FAMILY DEMANDING OVER $60,000 RANSOM TO RELEASE FROM ILLEGAL CAPTIVITY.

(5)

KIDNAPPED HAS BEEN ILLEGALY DOSED, SHOT, TRANQUILIZED, PUNCHED, CHOKED, INJECTED, POISONED, NEGLECTED AND ABUSED AND REQUESTS FOR IMMED-IATE EMERGENCY INJUNCTION TO RELEASE AND/OR KEEP SAFE

(6)

KIDNAPPED REQUIRES FEDERAL PROT-ECTION AND DECLARES HIMSELF A FEDERAL WITNESS, FEDERAL VICTIM AND FEDERAL INFORMANT AND DOES WISH TO TESTIFY UNDER OATH TO MATTERS OF NATIONAL SECURITY IN REGARDS TO HUMAN RIGHTS VIOLATIONS UPON UNITED STATES CITIZENS

IGNORING THIS PLEA FOR HELP WILL RESULT IN KIDNAPPED BEING KILLED, MURDERED, HIDDEN OR DISAPPEARED AND MANY MORE UNITED STATES CITIZENS WILL CONTINUE TO BE HARMED/MOLESTED

## PRAYER

WHEREFORE PREMISES CONSIDERED KIDNAPPED PRAYS TO BE RESCUED FROM ILLEGAL CAPTIVITY BY UNITED STATES MARSHALS BROUGHT INTO PROTECTIVE CUSTODY AND TESTIFY UNDER OATH TO MATTERS OF NATIONAL SECURITY AND HUMAN RIGHTS VIOLATIONS. PLEASE NOTE THAT KIDNAPPED'S DAUGHTER WAS MURDERED WIFE HAS BEEN ATTEMPTED MURDERED, FIANCE ATTEMPTED MURDERED AND NUMEROUS ATTEMPTS ON KIDNAPS LIFE HAVE BEEN MADE.

## UNSWORN DECLARATION

I DO DECLARE UNDER PENALTY OF PERJURY THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

## CERTIFICATE OF SERVICE

I CERTIFY THIS 3 PAGE MOTION HAS BEEN MAILED TO JUDGE JEFFREY VINCENT BROWN AT 601 ROSENBERG RM 411 GALVESTON TEXAS 77550 BY UNITED STATES MAIL FIRST CLASS ON THIS THE 02ND DAY OF JANUARY 2024

Joseph J. Roberts   01-02-2024
JOSEPH THOMAS ROBERTS
259336 GALV. CO. JAIL
5700 AVE H GALVESTON TX
77551