Case 3:24-cv-00006   Document 3   Filed on 11/26/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:24-cv-0006

JOSEPH T. ROBERTS, #259336, PETITIONER,

v.

STATE OF TEXAS, *ET AL*., RESPONDENTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Joseph T. Roberts filed a handwritten pleading titled, "Application to File Emergency Writ of Mandamus," while detained at the Galveston County Jail. Publicly available online records reflect that Roberts is no longer in jail custody.[1] Roberts has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the clerk advised in writing of his current address. Roberts has failed to provide the court with an accurate, current address.

---

[1] *See* Website for Inmate Inquiry, Galveston County Jail, available at https://p2c.co.galveston.tx.us/jailainmates.aspx (last visited November 26, 2024).

Roberts's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution. Any pending motions are **DENIED** as moot.

Signed on Galveston Island this  26th  day of   November  , 2024.

                                                  JEFFREY VINCENT BROWN
                                              UNITED STATES DISTRICT JUDGE